UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Anthony J. Lastovich,

Debtor.

Chapter 7
BKY 21-50191

## NOTICE OF SALE

TO:   The United States Trustee, all creditors, and other parties in interest.

On <u>May 28, 2021</u>, or as soon thereafter as the transaction may be completed, the trustee will sell property of the estate as follows:

The debtor is the 100 percent owner of Tony's Construction Inc. which owns the following described real property (the "Property"):

   Lot 1, Block 6, Roosevelt Addition to Hibbing, St. Louis County, Minnesota.

   PID # 140-0200-01290

The trustee will sell the Property for the sum of $5,500 to Northern Opportunities, LLC. The Property is sold by the trustee "as is, where is" without any representations and warranties. The buyer shall be responsible for all past due, currently due, and future real property taxes associated with the Property.

This is the highest offer received by the trustee and the trustee believes it is in the best interest of the estate that this property be sold.

**OBJECTION: MOTION: HEARING:** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

| United States Bankruptcy Court | United States Trustee | Nauni J. Manty, Trustee |
|---|---|---|
| 404 Gerald W. Heaney U.S. Courthouse | 1015 U.S. Courthouse | 150 South Fifth Street, Suite 3125 |
| 515 West First Street | 300 South Fourth Street | Minneapolis, MN 55402 |
| Duluth, MN 55802 | Minneapolis, MN 55415 | |

By ____/e/ Nauni J. Manty_____

Nauni J. Manty, Trustee

Dated: April 28, 2021

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br>ANTHONY J LASTOVICH | CASE NO: 21-50191<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 4/28/2021, I did cause a copy of the following documents, described below,

Notice of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/28/2021

/s/ Nauni J. Manty
Nauni J. Manty

Manty & Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>ANTHONY J LASTOVICH | CASE NO: 21-50191<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 4/28/2021, a copy of the following documents, described below,

Notice of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/28/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>08645<br>CASE 21-50191<br>DISTRICT OF MINNESOTA<br>DULUTH<br>WED APR 28 11-19-01 CDT 2021 | ~~DULUTH~~<br>~~404 GERALD W HEANEY FEDERAL BUILDING~~<br>~~AND US COURTHOUSE AND CUSTOMHOUSE~~<br>~~515 WEST FIRST STREET~~<br>~~DULUTH MN 55802-1302~~ | AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 |

| | | |
|---|---|---|
| ANDREW BRANSKY  POOLE<br>302 W SUPERIOR ST  300<br>DULUTH MN 55802-5125 | BOUGALIS CONSTRUCTION INC<br>3402 15TH AVE E<br>HIBBING MN 55746-5117 | CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| CAINE  WEINER<br>12005 FORD RD STE<br>DALLAS TX 75234-7262 | CAPE CORAL EMERGENCY PHYS<br>PO BOX 116658<br>ATLANTA GA 30368-6658 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE BANK<br>1680 CAPITAL ONE DR<br>MC LEAN VA 22102-3407 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CATEPILLAR FINANCIAL SERVICES<br>2120 WEST END AVE<br>NASHVILLE TN 37203-5341 |
| COLOSIMO PATCHIN<br>MITCH BRUNFELT<br>301 CHESTNUT ST<br>VIRGINIA MN 55792-2523 | CREDIT SERVICE INTL CORP<br>512 2ND ST STE 6<br>HUDSON WI 54016-1581 | DAVID SCHRUNK ET<br>CO MCGRANN SHEA<br>800 NICOLET MALL STE 2600<br>MINNEAPOLIS MN 55402-2041 |
| DEPARTMENT OF EMPLOYMENT  EDU<br>332 MINNESOTA ST STE E200<br>SAINT PAUL MN 55101-1349 | DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5072<br>CAROL STREAM IL 60197-5072 | ESS BROTHERS AND SONS INC<br>9350 CTY ROAD 19<br>LORETTO MN 55357-4613 |
| FAGRE DRINKER BIDDLE  REATH<br>D CHARLES MACDONALD<br>90 S 7TH ST STE 2200<br>MINNEAPOLIS MN 55402-3924 | FRANDSEN BANK<br>501 CHESTNUT ST<br>VIRGINIA MN 55792-2531 | FRYBERGER BUCHANAN ET AL<br>ROBERT KANUIT<br>302 W SUPERIOR ST STE 700<br>DULUTH MN 55802-5150 |
| GLEN JOHNSON ET AL<br>CO MCGRANN SHEA<br>800 NICOLET MALL STE 2600<br>MINNEAPOLIS MN 55402-2041 | GREGERSON ROSOW ET AL<br>100 S WASHINGTON AVE STE 1550<br>MINNEAPOLIS MN 55401-2154 | GURSTEL LAW FIRM<br>6681 COUNTRY CLUB DR<br>GOLDEN VALLEY MN 55427-4601 |
| IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPJ ENGINEERING<br>PO BOX 656<br>HIBBING MN 55746-0656 | JOHN NESSE  TIM MACKEY ET AL<br>CO MCGRANN SHEA<br>800 NICOLET MALL STE 2600<br>MINNEAPOLIS MN 55402-2041 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA 04/28/21 FIRST CLASS MAIL SERVICE LIST.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JOHN AND ELLEN GREGORICH<br>2507 3RD AVENUE W<br>HIBBING MN 55746-2020 | KTM PAVING<br>5513 US HIGHWAY 2<br>DULUTH MN 55810-9570 | KNIFE LAKE CONCRETE INC<br>CO MOSS  BARNETT<br>ATTN- SARAH DOERR<br>150 5TH ST S STE 1200<br>MINNEAPOLIS MN 55402-4129 |
| LAURENTIAN AGGREGATE LLC<br>11038 HIGHWAY 37<br>HIBBING MN 55746-8203 | LORA FISCHER<br>23 3RD ST SE<br>CHISHOLM MN 55719-2009 | LOUIS LEUSTEK  SONS INC<br>1715 E SHERIDAN ST<br>ELY MN 55731-1928 |
| MATETICH INSURANCE AGENCY INC<br>606 E HOWARD STREET<br>HIBBING MN 55746-1716 | MCGRANN SHEA ANDERSON ET AL<br>AMY COURT<br>800 NICOLLET MALL STE 2600<br>MINNEAPOLIS MN 55402-2041 | MCGRANN SHEA ANDERSON ET AL<br>CHRISTY E LAWREY<br>800 NICOLLET MALL STE 2600<br>MINNEAPOLIS MN 55402-2041 |
| MCGRANN SHEA ANDERSON ET AL<br>CHRISTY E LAWRIE<br>800 NICOLLET MALL STE 2600<br>MINNEAPOLIS MN 55402-2041 | MINNESOTA DEPT OF REVENUE<br>BANKRUPTCY STOP 5700<br>PO BOX 64447<br>SAINT PAUL MN 55164-0447 | MN LABORS FRINGE BENE FUNDS<br>2520 PILOT KNOB ROAD<br>SUITE 325<br>SAINT PAUL MN 55120-1369 |
| MN TEAMSTERS CONST DIV H  W F<br>2520 PILOT KNOB ROAD<br>SUITE 325<br>SAINT PAUL MN 55120-1369 | MONICA CLARK<br>DORSEY  WHITNEY LLP<br>50 S 6TH ST STE 1500<br>MINNEAPOLIS MN 55402-1553 | MPLS OXYGEN<br>3842 WASHINGTON AVE N<br>MINNEAPOLIS MN 55412-2168 |
| NORTH EAST TECHNICAL SERVICES<br>526 CHESTNUT STREET<br>VIRGINIA MN 55792-2532 | NORTH STAR MUTUAL INSURANCE<br>BOX 48<br>COTTONWOOD MN 56229-0048 | PURYEAR LAW GROUP<br>104 WOODMOUNT BLVD<br>SUITE 201<br>NASHVILLE TN 37205-2245 |
| RANGE CREDIT BUREAU   HIBBING<br>PO BOX 706<br>HIBBING MN 55746-0706 | RETAIL CAPITAL PARTNERS LLC<br>25200 TELEGRAPH ROAD<br>SUITE 350<br>SOUTHFIELD MI 48033-7416 | RICHARD E PREBICH<br>ATTORNEY AT LAW<br>1932 2ND AVE E STE 2<br>HIBBING MN 55746-4709 |
| ST LOUIS COUNTY   AUDITOR<br>100 N 5TH AVE W<br>ROOM 214<br>DULUTH MN 55802-1287 | TEAMSTERS LOCAL 346 SAVINGS<br>2002 LONDON ROAD<br>SUITE 300<br>DULUTH MN 55812-2152 | CM/ECF E-SERVICE<br>(+) US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 |
| US YELLOW<br>PO 40506<br>JACKSONVILLE FL 32203-0506 | VANISHING POINT VENTURES LLC<br>3030 N ROCKY POINTE DRIVE<br>SUITE 150<br>TAMPA FL 33607-7200 | VONCO VI HIBBING LLC<br>15301 140TH AVENUE<br>BECKER MN 55308-4575 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WAGNER FALCONER JUDD LTD<br>100 S 5TH STREET<br>SUITE 800<br>MINNEAPOLIS MN 55402-5357 | WELLS FARGO DEALER SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 19657<br>IRVINE CA 92623-9657 | WILL MARTIN<br>DORSEY WHITNEY LLP<br>50 S 6TH ST STE 1500<br>MINNEAPOLIS MN 55402-1553 |
| DEBTOR<br>ANTHONY J LASTOVICH<br>3610 NW 46TH PLACE<br>CAPE CORAL FL 33993-7940 | ~~EXCLUDE~~<br>~~JOHN F HEDTKE~~<br>~~HEDTKE LAW OFFICE~~<br>~~1217 E 1ST ST~~<br>~~DULUTH MN 55005-2402~~ | CM/ECF E-SERVICE<br>(+) NAUNI JO MANTY<br>MANTY ASSOCIATES PA<br>150 SOUTH FIFTH STREET<br>SUITE 3125<br>MINNEAPOLIS MN 55402-4221 |

ADDRESSES WHERE EMAIL ADDRESSES PRESUMED TO SERVICED VIA COURT E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(U.S. Trustee)
US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

ustpregion12.mn.ecf@usdoj.gov

(Interested Party)
Trustees of the Minnesota Teamsters
Construction Division Health and
Welfare Fund
represented by:
Christy E. Lawrie
McGrann Shea Carnival Straughn & Lamb
800 Nicollet Mall
Suite 2600
Minneapolis, MN 55402

cel@mcgrannshea.com

(Interested Party)
Trustees of the Minnesota Laborers
Fringe Benefit Funds
represented by:
Christy E. Lawrie
McGrann Shea Carnival Straughn & Lamb
800 Nicollet Mall
Suite 2600
Minneapolis, MN 55402

cel@mcgrannshea.com

(Trustee)
Nauni Jo Manty
Manty & Associates PA
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402

ecf@mantylaw.com

Anthony J. Lastovich
3610 NW 46th Place
Cape Coral, FL 33993
(Debtor 1)
represented by:
John F. Hedtke
Hedtke Law Office
1217 E 1st St
Duluth, MN 55805-2402

john@hedtkelaw.com